IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                              No. 4:20-cr-17-DPM

MALIK MCDANIEL                                                  DEFENDANT

## ORDER

Joint motion, *Doc. 56*, granted. The terms of McDaniel's supervised release are modified as follows.

- Alcohol abstinence;
- Continued no-contact with Kaliah Younger; and
- Curfew from 10:00 p.m. to 5:00 a.m.

McDaniel must immediately report to probation any incidental contact with Ms. Younger. All other mandatory, standard, and special terms of McDaniel's supervised release remain in effect. The petition to revoke, *Doc. 42*, is denied without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2025